IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LAVARIOUS JONES                                                                   PLAINTIFF

v.                              No: 3:20-cv-97-DPM-PSH

HANNAH HURST, Officer;
JASMINE SANCHEZ, Sergeant;
and DUSTIN SIMONS, Officer                                             DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Jones hasn't filed an amended complaint; and the time to do so has passed. *Doc 4*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge
29 May 2020