IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LAVARIOUS JONES                                              PLAINTIFF

v.                          No: 3:20-cv-97-DPM

HANNAH HURST, Officer;
JASMINE SANCHEZ, Sergeant;
DUSTIN SIMONS, Officer                                      DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge
29 May 2020